UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

SECURITIES AND EXCHANGE COMMISSION,

       *Plaintiff*,

    -v-

PREMIUM POINT INVESTMENTS LP,
ANILESH AHUJA a/k/a NEIL AHUJA,
AMIN MAJIDI, and JEREMY SHOR,

       *Defendants*.

---------------------------------------- x

No. 18 Civ. 4145 (AJN)

[PROPOSED] ORDER

ALISON J. NATHAN, U.S.D.J.:

  It is hereby ORDERED that the Government's consent motion to intervene and to stay the above-captioned case in its entirety until the conclusion of criminal case *United States* v. *Anilesh Ahuja et al.*, 18 Cr. 328 (KPF), is granted.

  It is further ORDERED that the conference in this action previously scheduled for August 31, 2018 at 3:30 p.m. is adjourned *sine die*.

  The Clerk of Court is directed to terminate Dkt. No. 15.

Dated: New York, New York
   June 19, 2018

SO ORDERED.

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE