USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION,        :
:
                Plaintiff,                     :     18-CV-4145 (JPC)
:
   -v-                                             :     ORDER
:
PREMIUM POINT INVESTMENTS LP et al.,       :
:
                Defendants.                    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the parties' joint status update in this case. (Dkt. 33.) Pursuant to the Honorable Alison J. Nathan's Order dated June 19, 2018 (Dkt. 18), this action remains stayed in its entirety pending further order of this Court. The parties are hereby ordered to file a joint letter every ninety days, apprising the court of the status of the proceedings in *United States v. Anilesh Ahuja et al.*, 18-CR-328, until the stay of this matter is lifted, with the first status letter due on January 14, 2021.

      SO ORDERED.

Dated: October 19, 2020
       New York, New York
                                                    JOHN P. CRONAN
                                                  United States District Judge