

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

April 10, 2023

**By ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *SEC v. Premium Point Investments LP, et al.*, 18 Civ. 4145 (JPC)

Dear Judge Cronan:

      Plaintiff Securities and Exchange Commission (the "Commission") respectfully writes, jointly with all remaining Defendants except for Defendant Jeremy Shor ("Shor"),[1] to apprise the Court of the status of the proceedings in *United States v. Anilesh Ahuja, et al.*, 18 Cr. 328 (KPF) (S.D.N.Y), pursuant to the Court's Order of October 19, 2020 (Dkt. No. 34).

      To date, all defendants in the criminal case have been sentenced and there are no further proceedings scheduled by Judge Failla. The sentencing of Defendant Frank Dinucci, Jr. in a related, parallel criminal case—*United States v. Frank Dinucci, Jr.*, 18 Cr. 332 (AKH) (S.D.N.Y.)—has not yet been scheduled.

      The parties will submit their next joint status letter on or before **July 10, 2023**.

      Respectfully submitted,

      /s/ Lee A. Greenwood

      Lee A. Greenwood
      Assistant Regional Director

cc:    All counsel of record (by ECF)
       Gregory W. Kehoe, Esq. (counsel for Defendant Dole) (by email)
       Daniel C. Zinman, Esq. (counsel for Defendant Frank Dinucci) (by email)
       Defendant Jeremy Shor (by email)

---

[1] Shor did not respond to Commission counsel's emails seeking his consent to this status report.